RECEIVED
OCT 22 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:25-cr-053 |
| v. | INDICTMENT |
| DEVON CHRISTOPHER MILLER, | T. 18 U.S.C. § 2423(a) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Transportation of a Minor)

On or about August 19, 2025, in the Southern District of Iowa and elsewhere, the defendant, DEVON CHRISTOPHER MILLER, did knowingly transport Minor Victim #1, an individual who had not attained the age of 18 years, in interstate commerce by travelling from Omaha, Nebraska to Council Bluffs, Iowa with the intent that Minor Victim #1 engage in a sex act that is illegal in the state of Iowa.

This is a violation of Title 18, United States Code, Section 2423(a).

**A TRUE BILL.**

_____
FOREPERSON

David C. Waterman
United States Attorney

By: _____
Shelly Sudmann
Assistant United States Attorney