# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge    Court appearing by video conference
Criminal No. 1:25-cr-00053-SMR-HCA-1    :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Devon Christopher Miller

Gov. Atty(s): Shelly M. Sudmann    : ✔ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): Michael F. Maloney    : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ✔ In Person  ☐ Video Conference    : Code Violation/Offense:
✔ All Parties Consent to Video Proceeding    : Ct 1 - 18:2423(a). Transportation of a Minor
Court Reporter: FTR Gold    :
Interpreter: N/A    :
☐ Interpreter Sworn

Date: October 29, 2025
Initial Appearance Start Time: 2:11 p.m.    Arraignment Start Time: 2:14 p.m.    End Time: 2:18 p.m.

## Initial Appearance

✔ Advised of Rights    : ✔ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights    : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No    : ☐ Retained Counsel
✔ Rule 5 Admonition Given    :

## Arraignment

Trial Scheduled for: December 8, 2025    : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: November 5, 2025    : ✔ Indicted in True Name
Reciprocal Discovery due: November 10, 2025    :    True Name:
Pretrial Motions due: November 14, 2025    : ✔ Reading of Indictment Waived
Plea Notification Deadline: November 10, 2025    :    Plea of Not Guilty Accepted as to Ct(s): 1
Plea Entry Deadline: November 14, 2025    : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):    : ✔ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention    :
☐ Defendant Waived Preliminary Examination    : Detention Hearing Set:
✔ Defendant Waived Detention Hearing    : Before:
Court Ordered Defendant:    : Courthouse:        Room:
☐ Released on Bond    : Revocation Hearing Set:
✔ Detained    : Before:
    : Courthouse:        Room:

Defendant waives detention hearing without prejudice and may request a detention hearing at a later date. The Court finds that today's hearing was conducted by reliable electronic means.

/s/ K. Platt
Deputy Clerk