# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge  
Criminal No. 1:25-cr-00053-SMR-HCA-1

Court appearing by video conference  
Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Devon Christopher Miller

---

Gov. Atty(s): Shelly M. Sudmann  
Def. Atty(s): Michael F. Maloney  
Def. Appears: ✔ In Person ☐ Video Conference  
✔ All Parties Consent to Video Proceeding  
Court Reporter: FTR Gold  
Interpreter: N/A  
☐ Interpreter Sworn

: ✔ Indictment  ☐ Superseding Indictment  ☐ Information  
: ☐ Complaint  ☐ Warrant  ☐ Summons  
: Code Violation/Offense:  
: Ct 1 - 18:2423(a). Transportation of a Minor

Date: October 29, 2025  
Initial Appearance Start Time: 2:11 p.m.   Arraignment Start Time: 2:14 p.m.   End Time: 2:18 p.m.

## Initial Appearance

✔ Advised of Rights  
☐ Advised of Consular Notification Rights  
Requesting Consular Notification ☐ Yes ☐ No  
✔ Rule 5 Admonition Given

: ✔ Appointed/Previously Appointed FPD  
: ☐ Appointed/Previously Appointed CJA Counsel  
: ☐ Retained Counsel

## Arraignment

Trial Scheduled for: December 8, 2025  
Rule 16 Material due: November 5, 2025  
Reciprocal Discovery due: November 10, 2025  
Pretrial Motions due: November 14, 2025  
Plea Notification Deadline: November 10, 2025  
Plea Entry Deadline: November 14, 2025  
Status/Scheduling Conference (Counsel Only):

: ✔ Advised of Charges/Maximum Penalties  
: ✔ Indicted in True Name  
    True Name:  
: ✔ Reading of Indictment Waived  
    Plea of Not Guilty Accepted as to Ct(s): 1  
: ☐ Denied Forfeiture  
: ✔ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention  
☐ Defendant Waived Preliminary Examination  
✔ Defendant Waived Detention Hearing  
Court Ordered Defendant:  
☐ Released on Bond  
✔ Detained

: Detention Hearing Set:  
: Before:  
: Courthouse:                Room:  
: Revocation Hearing Set:  
: Before:  
: Courthouse:                Room:

Defendant waives detention hearing without prejudice and may request a detention hearing at a later date. The Court finds that today's hearing was conducted by reliable electronic means.

/s/ K. Platt  
Deputy Clerk