IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES of AMERICA, | |
| Plaintiff, | Case No. 1:25-cr-00053-SMR-HCA-1 |
| vs. | |
| | **RULE 5 ORDER** |
| Devon Christopher Miller, | |
| Defendant. | |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

    **IT IS SO ORDERED.**

Date: October 29, 2025

*Judge's signature*

William P. Kelly, U.S. Magistrate Judge

*Printed name and title*