AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cr-00053 |
| Devon Christopher Miller | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Devon Christopher Miller.

Date:     10/29/2025

/s/ Michael F. Maloney
*Attorney's signature*

Michael F. Maloney
*Printed name and bar number*

701 Pierce Street, Suite 400
Sioux City, IA 51101

*Address*

Mike_Maloney@fd.org
*E-mail address*

(712) 252-4158
*Telephone number*

(712) 252-4194
*FAX number*