IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:25-cr-00053-SMR-HCA |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S *UNRESISTED* MOTION |
| | ) | TO CONTINUE TRIAL AND EXTEND |
| DEVON CHRISTOPHER MILLER, | ) | ASSOCIATED DEADLINES |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant Devon Christopher Miller, to move to continue trial, which is currently scheduled for December 8, 2025. He also moves to extend the pretrial motions deadline currently set for November 14, 2025. In support, counsel states:

1. Mr. Miller was charged in a one-count Indictment.

2. Trial has not been previously continued.

3. Mr. Miller requests a continuance of trial to February 2026.

4. Mr. Miller would benefit from additional time to discuss strategy and plea options, engage in plea negotiations, and prepare for any trial.

5. AUSA Shelly Sudmann does not resist a 60-day continuance.

6. Counsel spoke with the defendant on November 7, 2025, regarding the case, prior to filing this motion to continue trial. At that time, counsel informed the defendant of counsel's intent to seek a continuance of the trial setting based on the reasons noted in this motion to continue trial. Based on that conversation, counsel believes Mr. Miller understands that a grant of the motion means his trial would be scheduled for a later date, and that the time before the new trial date would be excludable time under the speedy trial act.

7.	Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable time for speedy trial purposes.

8.	Mr. Miller is in custody at Pottawattamie County Jail.

9.	Any trial in this matter may last two to three days.

WHEREFORE, Defendant Devon Christopher Miller requests a continuance of trial to February 2026 and a commensurate extension of the pretrial motions deadline.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101-1036
Telephone: (712) 252-4158
E-mail: Mike_Maloney@fd.org

By:   /s/ *Michael F. Maloney*
MICHAEL F. MALONEY
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I electronically filed this document with the Clerk of Court using the ECF system, which will serve it on the appropriate parties.

*/s/ Geralynn Fjeldheim*