**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge
Criminal No. 1:25-cr-00053-SMR-HCA-1 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. Devon Christopher Miller

---

Gov. Atty(s): Shelly M. Sudmann
Def. Atty(s): Michael F. Maloney
Court Reporter: Kelli Mulcahy
Interpreter: N/A

Date: September 15, 2026
Time Start: 1:16 PM Time End: 1:32 PM

✔ Indictment Superseding Indictment Information
In 1 Count(s) – Code Violation:
TRANSPORT MINOR W/INTENT FOR CRIMINAL SEXUAL ACTIVITY: 18:2423(a) Transportation of a Minor to Engage in Prohibited Sexual Contact (1)

---

✔ Defendant reaffirmed guilty plea to Count(s) 1
Jury Court guilty verdict to Count(s)

✔ Court adopted findings of Final PSR
Final PSR as amended

---

Minutes:

Defendant is present with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR and discuss objections. Total Offense Level = 31; Criminal History Category = III. Guideline Imprisonment Range = 135 to 168 months. Parties argue appropriate sentence. Defense Exhibit A is offered and admitted. Defendant allocutes. Court pronounces sentence. Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 168 months as to Count One of the Indictment. This sentence shall run consecutively to any sentence imposed in the Iowa District Court for Story County Case Nos. FECR 058971 and SRCR 059298. A 5-year term of supervised release to follow. $100 Special Assessment.

Court recommends defendant be placed in an institution as close as possible to Iowa, consistent with his security and classification needs.

Defendant is remanded to the custody of the United States Marshal.

/s/ Penny Luthens
Deputy Clerk